IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 20-cv-00552-CMA-NRN | Date: February 1, 2021 |
| Courtroom Deputy: Stacy Libid | FTR: Courtroom C203 |

*Parties:*                                                       *Counsel:*

CURTIS PARK GROUP, LLC,                    Emily Buchanan
                                                                  Ernest Martin
                                                                  Kathleen Repko

    Plaintiff,

v.

ALLIED WORLD SPECIALTY INSURANCE        Richard Schmittel
COMPANY,                                                  Ryan Yates

    Defendant.

## COURTROOM MINUTES

**TELEPHONIC DISCOVERY HEARING**

**2:00 p.m.**     **Court in session.**

Court calls case. Appearances of counsel. Also present by phone Special Master David Tenner.

Discussion regarding appointing Special Master David Tenner and his availability.

**ORDERED:**  The Court will appoint attorney David Tenner as Special Discovery Master via a written order.  Any future discovery disputes shall be referred to David Tenner. Plaintiff shall file a motion regarding deposing Mr. Yates, if necessary.

**2:27 p.m.**     **Court in recess.**

Hearing concluded.
Total in-court time:   00:27

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.