**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 1:20-cv-00552-CMA-NRN

CURTIS PARK GROUP, LLC,

Plaintiff,

v.

ALLIED WORLD SPECIALTY INSURANCE COMPANY,

Defendant.

---

**AFFIDAVIT OF RICHARD KLEIN**

---

STATE OF COLORADO )
) SS:
JEFFERSON COUNTY )

BEFORE ME, the undersigned Notary Public, on this day personally appeared Richard Klein, known to me to be the person whose name is subscribed below, who being duly sworn, states as follows:

1. My name is Richard Klein. I am over twenty-one (21) years of age, and I am fully competent to make this Affidavit. I am able to swear, and I hereby do swear, that all of the facts stated in this Affidavit are true and correct to the best of my personal knowledge.

2. I am employed by The Vertex Companies, Inc. ("Vertex") as Executive Vice President, Structural Engineering.

3. I am a licensed professional engineer and a structural engineer.

EXHIBIT
A
exhibitsticker.com

4. I was engaged by Milender White to act as a non-testifying engineering consultant in connection with an investigation into the deflection of a concrete deck slab (the "Slab Deflection") above the parking garage of a mixed-use residential development project known as Sustainability Park, or S*Park (the "Project"). The S*Park Project is located at the intersections of Arapahoe and Lawrence Streets between 25th and 27th Streets in Denver, Colorado.

5. In that capacity, I analyzed and interpreted data collected during an investigation into the cause of the Slab Deflection in order to help Milender White and its counsel determine whether the damage was the fault of any party involved in construction of the Project, or whether it was due to some other cause.

6. At all times during my engagement for Milender White relating to the Project, I understood that there was a strong possibility that litigation over the damage caused by the Slab Deflection would ensue.

7. At all times during my engagement for Milender White relating to the Project, I worked closely for, and at the direction of, Milender White employees.

8. I also performed a cursory peer review of proposed design documents relating to the Slab Deflection.

9. The scope of my engagement for the Project was restricted to the analysis of data collected during the investigation of the Slab Deflection, and the interpretation of this data in order to determine the cause of the Slab Deflection. I did not perform any investigation of my own. I had no involvement in selecting the method for repairing the damage, stamping the drawings for the repairs, or overseeing the repairs.

10. To the best of my knowledge, the contents of my analysis were kept confidential. Any communications I had regarding my analysis involved only Milender White, Curtis Park Group LLC ("Curtis Park"), and/or their respective counsel.

11. I attended various meetings relating to the Project during my engagement, including a meeting on March 18, 2018 and a meeting on July 9, 2018. During these, and any other meetings, I did not discuss or share my analysis, or reveal any of the communications I had with Milender White, Curtis Park, or their counsel, regarding my analysis. Nor did I participate in the consideration or selection of the fix for the Slab Deflection.

12. Vertex has been engaged by Milender White on a variety of matters. The parties have a longstanding relationship.

13. As part of this relationship, Vertex and Milender White agree and understand that Milender White has ownership over any files, documents, and communications, electronic or otherwise, in Vertex's possession relating to any Milender White matter for which Vertex was engaged. Vertex is at all relevant times merely a custodian of Milender White's proprietary information.

14. Accordingly, all documents in Vertex's possession that comprise its "Project file" for the S*Park Project, or that relate in any way to the parties or the Project, are the property of Milender White.

15. To the extent there is any question regarding what should be done with Milender White's proprietary information in Vertex's possession, including questions regarding disclosure or discovery, Vertex defers to Milender White. This includes the documents and communications

contained in Vertex's Project file for the S*Park Project, and the engineering consulting and data analysis services I provided therefor.

16. If Vertex is compelled to respond to a subpoena issued by Allied World Specialty Insurance Company, Vertex will defer to Milender White to manage and pay for the response.

DATED this 1st day of March, 2021.

Richard Klein, PE, SE
Executive Vice President, Structural Engineering
The Vertex Companies, Inc.

Sworn to before me and subscribed in my presence by Richard Klein this 1st day of March, 2021.

Notary Public

My commission expires: May 04, 2024

SANDRA M. CEDERLUND
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20124028590
MY COMMISSION EXPIRES MAY 4, 2024