IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| Civil Action: 20-cv-00552-CNS-NRN | Date: April 4, 2023 |
|---|---|
| Courtroom Deputy: Julie Dynes | Court Reporter: Sarah Mitchell |

| Parties | Counsel |
|---|---|
| CURTIS PARK GROUP LLC | *Emily Buchanan* |
| | *Ernest Martin Jr.* |
| | *Kathleen Repko* |
| **Plaintiff** | |
| v. | |
| ALLIED WORLD SPECIALTY INSURANCE COMPANY | *Carolyn Fairless* |
| | *William Sowers Jr.* |
| | *Frederick Yarger* |
| **Defendant** | |

## COURTROOM MINUTES

**JURY TRIAL DAY SEVEN**

Court in Session:  8:17 a.m.

Appearances of counsel. Also present is Andrew Guthrie on behalf of the plaintiff.

Argument given on jury instructions with rulings as outlined on the record.

**8:45 a.m.**      **Court in recess.**
**9:10 a.m.**      **Court in session – jury escorted in.**

Jury instructed.

9:39 a.m.      Closing argument given by Mr. Martin.

**10:38 a.m.**    **Court in recess – jury escorted out.**
**10:54 a.m.**    **Court in session - jury escorted in.**

10:55 a.m.      Closing argument given by Ms. Fairless.

11:42 a.m.      Rebuttal closing argument given by Mr. Martin.

Bailiff sworn.  Jury excused to begin deliberations.

**11:50 a.m.      Court in recess.**
**3:00 p.m.       Court in session – jury not present.**

Discussion held on jury deliberation question.

Jury escorted in.

Jury deliberation question answered.

**3:06 p.m.       Court in recess – jury escorted out.**
**3:17 p.m.       Court in session – jury escorted in.**

Verdict reached.  Verdict found in favor of the plaintiff with damages in the amount of $2,541,218.00, see verdict for details.

Jury polled.

Jury excused.

Judgement will not issue until the Court has ruled on attorneys' fees.

Motion for fees is due in twenty-one days from today, response is due twenty-one days thereafter.

Court in Recess:  3:29 p.m.            Trial concluded.            Total time in Court:  03:10

Clerk's note:   Exhibits and depositions returned to counsel or a representative of counsel. Counsel to retain exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.